○ **SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-24-VAP (OPx)                     Date:  June 3, 2008

Title:     MARTINA L. WALKER, et al. -*v*- KEITH STANTON, et al.
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

            Marva Dillard                          None Present
            Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

       None                               None

PROCEEDINGS:        MINUTE ORDER(1) DENYING PLAINTIFFS' MOTION FOR
                    APPOINTMENT OF COUNSEL, (2) DENYING PLAINTIFFS'
                    MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT,
                    AND (3) VACATING HEARING  (IN CHAMBERS)

     On May 20, 2008, Plaintiffs Martina L. Walker, Kevin Crawford, and Clarence
Demetrius Tate filed a Motion for Appointment of Counsel and a Motion for Leave to
File an Amended Complaint.  For the reasons set forth below, the Court DENIES
Plaintiffs' Motions and VACATES the hearing set for June 9, 2008, at 10 a.m.

**I.     Motion for Appointment of Counsel**

     By Minute Order dated May 2, 2008, the Court dismissed Plaintiffs' First
Amended RICO Complaint for failure to comply with the Court's earlier Order to file a
RICO Case Statement.  The Court further dismissed Plaintiff Sneakers, which was

MINUTES FORM 11                          Initials of Deputy Clerk ___md____
CIVIL -- GEN                  Page 1

EDCV 08-24-VAP (OPx)
MARTINA L. WALKER, et al. v. KEITH STANTON, et al.
MINUTE ORDER of June 3, 2008

alleged to be a business establishment of undetermined status but not a natural person, for failure to retain counsel.

The Court has reviewed and considered Plaintiffs' Motion for Appointment of Counsel, which seeks representation for Plaintiff Sneakers.  Pursuant to 28 U.S.C. § 1915(e)(1), the *in forma pauperis* statute, the Court "may request an attorney to represent any person unable to afford counsel."  The Supreme Court has held, however, that only natural persons may qualify for treatment *in forma pauperis* under section 1915.  Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 196 (1993).

In any event, the statute does not create a right to counsel in a civil case, and appointment of counsel is discretionary, not mandatory.  See United States v. $292,888.04 in U.S. Currency, 54 F.3d 564, 569 (9th Cir. 1995); United States ex rel. Gardner v. Madden, 352 F.2d 792, 793 (9th Cir. 1965).  The Court, in its discretion, declines to appoint counsel in this case.

Accordingly, the Court DENIES Plaintiffs' Motion for Appointment of Counsel.

**II.    Motion for Leave to File an Amended Complaint**
Plaintiff's Motion for Leave to File an Amended Complaint is DENIED.  The Court dismissed the action with prejudice by Minute Order dated May 2, 2008.

**IT IS SO ORDERED.**