```
 1                              JS - 6
 2
 3
 4
 5
 6
 7
 8             UNITED STATES DISTRICT COURT
 9             CENTRAL DISTRICT OF CALIFORNIA
10
11  MARTINA L. WALKER, KEVIN )   Case No. EDCV 08-24-VAP
    CRAWFORD, SNEAKERS &     )   (OPx)
12  CLARENCE DEMETRIUS TATE, )
                             )   JUDGMENT
13             Plaintiffs,   )
                             )
14       v.                  )
                             )
15  KEITH STANTON, ARCHIE    )
    "JOE" BIGGERS, NICOLE    )
16  SMITH, DOE GUARD TORRES, )
    DOE GUARD LAMPTON, G.    )
17  GARDIA, VICTOR           )
    RODRIGUEZ, LEE COX,      )
18  KENNETH RISEN, ROSALIE   )
    GARCIA, JOSE GRANADOS,   )
19  NANCY ELLEN NAGER, ALAN  )
    NAGER, MARYLOU HILLBERG, )
20  ROBERT J. PERRY, DALE    )
    MICHAEL RUBIN, TIMMIE    )
21  SALTZMAN, MARTIN         )
    GOLDMAN, DALE LONG,      )
22  SIMON AVAL, P. TONRA,    )
    JOHN A. MCDONALD, JAMES  )
23  WALSH, LUIS AREVALO,     )
    HALEY FROMHOLZ, DARCEL   )
24  WOOD, LINDA DAVIS, CCII  )
    HOBBS, BRUCE MITCHELL,   )
25  A. SCOTT BARRON,         )
    CALIFORNIA CORRECTIONAL  )
26  PEACE OFFICERS           )
    ASSOCIATION, GWEN        )
27  FLEMING, ST. MARY'S      )
28
```

```
HOSPITAL, W. MCCULLOUGH,   )
CALIFORNIA APPELLATE       )
PROJECT, CHILDREN'S        )
HOSPITAL OF LOS ANGELES,   )
M. WELLARD, FRANK          )
DORAME, M.A. HILL-         )
SOKOLIK, WALTER H.         )
CROSKEY, JOAN D. KLEIN,    )
RICHARD D. ALDRICH, AND    )
DOES 1 through 10,         )
                           )
            Defendants.    )
_____)
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: September 2, 2008  
                                          VIRGINIA A. PHILLIPS  
                                   United States District Judge