O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 08-00024-VAP (OPx)                              Date:  September 18, 2008

Title:    MARTINA L. WALKER, et al. v. KEITH STANTON, et al.
==================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                                          None Present
        Courtroom Deputy Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                             None present

PROCEEDINGS:     ORDER RE MOTION FOR RECONSIDERATION

     This matter is before the Court on plaintiff's motion to reconsider the Court's order denying his motion to disqualify the judicial officer to whom his case is assigned, which the Court ordered filed on September 18, 2008, notwithstanding its failure to comply with the Court's Local Rules.

     On September 11, 2008, plaintiffs filed a notice of appeal of the judgment entered in this case on September 2, 2008.  The filing of that appeal divested this Court of jurisdiction to hear the present motion; in other words, because of the pending appeal, this Court lacks the power to decide the present motion.  <u>See</u> <u>Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance -- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

     As noted in the Court's previous Order, the Clerk shall provide to plaintiff a copy of the Court's Local Rules.

     **IT IS SO ORDERED.**

MINUTES FORM 90                                                                         Initials of Deputy Clerk: jh
CIVIL -- GEN                                            1